UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Caroline Nord</u>

    v.　　　　　　　　　　　　　　　Civil No. 08-143-JL

<u>Shaun J. O'Keefe</u>

**O R D E R**

The Preliminary Pretrial Conference was held in chambers on July 7, 2008.

The Discovery Plan (document #8) is approved as submitted, with the following changes:

Since the parties have jointly requested mediation before the court, an expedited mediation hearing will be held on **August 8, 2008 at 10:00 a.m.**

At the parties' request, a mid-litigative status conference will be held on **February 13, 2009 at 10:00 a.m.**

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  July 7, 2008

cc:  Brian Robert Marsicovetere, Esq.

Charles P. Bauer, Esq.